Registered Mail Number # 22 CJ5534

FILED

2022 JUN 14 P 2: 1

GUILFORD CO., C S S

BY _____ PW

THIS IS A LEGAL MATTER BETWEEN THE PARTIES NOTICE TO AGENT IS NOTICE TO PRINCIPAL-NOTICE TO PRINCIPLE IS NOTICE TO AGENT, AGENT AND EMPLOYER.

TO: LIBELEE/S ALL, INDIVIDUALLY AND SEVERALLY

SEDGEWICK

5260 PARKWAY PLAZA BLVD

CHARLOTTE NC, 28217

ORDER GRANTED TO SUE
IN FORMA PAUPERIS
GUILFORD COUNTY 5PD

UNITED HEALTH GROUP

3803 N ELM ST

GREENSBORO NC, 27455

NOTICE: THIS DOCUMENT IS NOT INTENDED TO THREATEN, HARASS, HINDER OR OBSTRUCT ANY LAWFUL OPERATIONS. IT IS FOR THE PURPOSES OF OBTAINING LAWFUL REMEDY AS IS PROVIDED BY LAW.

THE FOLLOWING DOCUMENT IS AN LEGAL COURT PROCEDURE. THIS DOCUMENT IS TENDERED FOR THE PURPOSE OF REMEDY AND RELIEF OF THE ACTIONS THAT YOU HAVE TAKEN AGAINST MY DISIBILITY DISCRIMINATION RIGHTS. SEDGE WICK HEAD QUATER AND THERE THIRD PARTY UNITED HEALTH CARE GROUP WHICH IS WHO I EMPLOYED WITH & IT'S PRINCIPALS NOR IT AGENTS TOOK THE APPROPRIATE STEPS TO HELP ME WITH MY SHORT TERM DISIABILITY CASE IN REGARDS TO CONTINUING MY SHORT TERM DISABILITY WITH DOCTORS RECOMMENDATION AND LEAVE OF MY ABSENSE FROM WORK. ALSO I WAS NEVER INFORM THAT SEDGEWICK & UNITED HEALTH CARE CAN DISREGARD A LAW WHICH IS A DISABLILITY DISCRIMINATION ACT S.933 WHICH CAUSED ME TO GO BACK INTO A DEEP DEPRESSION WHICH I WAS DIAGNOSED

YEARS AGO AND IT'S BEEN IN ON GOING BATTLE AND THIS WORSEN MY
CONDITIONS

## AFFIDAVIT OF TRUTH

I LATONIA WILLIAMS IS IN EMPLOYER OF UNITED HEALTH CARE GROUP WAS
HIRED 11/01/2021. I WAS IN HIGH RISK PATIENT AT DUKE PRENATAL IN DURHAM
NC. I WAS PUT OUT OF WORK ON SHORT TERM DISABILITY WITH SEDGEWICK ON
OR AROUND ABOUT 02/18/2022 AND DISABILITY WAS UP INTO 04/15/2022 WITH
RE-ASSESMENT. I THEN BEGIN TO GET TREATED FOR THE SAME CONDITIONS
THAT NEVER CHANGED AND THE CASE WORKER TIA L FROM SEDGE WICK DENIED
MY LEAVE WITH MEDICAL PAPERWORK TO KEEP ME OUT BY MY DOCTOR JESSIE J
MATHEWS AT DUKE PRIMARY CARE IN MEBANE NC BECAUSE OF MY CONTINUED
PAIN 05/26/2022. I GOT REFFERED TO A SPECIALIST WHO EVAULATED ME ON
05/26/2022 FOR IN EMERGENCY APPOINTMENT ON 05/27/2022 WHO FILLED
OUT THE ADDITIONAL PAPER WORK THAT THEY WAS REQUESTING AND I
APPEALED IT. I THEN SPOKE TO A CUSTOMER SERVICE REPRESENTATIVE FROM
BOTH PARTIES SEDGEWICK AND UNITED HEALTHCARE TODAY AT 06/10/2022 ASK
TO SPEAK TO A HIGHER LEVEL FROM BOTH PARTIES THEY GAVE ME THE RUN
AROUND SAYING THAT NO ONE CAN TAKE MY CALL. SEDGE WICK REPRESENATIVE
ALSO TOLD ME THAT THE CLAIM WAS DENIED FOR SHORT TERM DISABILITY
TODAY 06/10/2022 WHEN I ASK WHY SHE CLAIM THE PAPER WORK WASN'T
SUFFICIENT ENOUGH .EVERY SINCE I BEEN DEALING WITH THIS ISSUE FROM
PAYMENT BEING SHORTED AND NO CONTINUE PAYMENTS THEY BEEN GIVING ME
THE RUN AROUND THEY TRIED TO SAY THEY CALLED ME. I EVEN PULLED MY
PHONE RECORDS AND ONCE AGAIN NO ONE HAS CALLED ME. NUMEROUS OF
TIMES I CALLED THEY NEVER BOTHERED TO RETRIEVE PAYMENTS TO ME. I JUST
HAD A PREMIE BABY THAT WAS IN ICU FIGHTING FOR THERE LIFE AND BEEN
DEALING WITH HIM AND TRYING TO RECOVER AND HEAL MYSELF FROM THE
SURGERY I HAD TO HAVE. IF I KNEW THIS COMPANY SEDGEWICK AND IT THIRD
PARTY UNITED HEALTH CARE WAS LIKE THIS I WOULD NEVER HAVE LETTING

THEM TAKE MONEY OUT MY CHECK FOR SHORT TERM DISABILITY OR EVEN WORKED FOR THE COMPANY ITSELF. I WANT TO RAISE AWARENESS TO EVERYONE WHO COULD BE GOING THROUGH THIS. I TOOK THE APPROPRIATE STEPS IN CONTACTING THE US DEPARTMENT OF LABOR AND SPOKE WITH A NICK ENG AND HIS SUPERVISOR CEASER SANTIAGO THEY SAID THEY COULDN'T FORCE THE RULES TO MAKE THEM PAY OUT BUT COULD ASK FOR THEM TO SEND PAPERS IN REGARDS TO THE STATUS NEVER RECIEVED A STATUS FROM MY APPEAL OR ANYTHING YET. IN REGARDS TO THIS NOTHING WAS DONE ON HIS END AND I ALSO CONTACTED THE NCDOI AND SPOKE WITH A JACQUIE BUTTLES SHE STATED THERE NOT IN INSURANCE REGULATED COMPANY AND THAT WHY SHE COULDN'T PICK THIS CASE UP BECAUSE IT'S A 3RD PARTY THROUGH UNITED HEALTH CARE WHO HIRED THEM TO HANDLE THERE DISABILITY CASES. SINCE THIS THERE 3RD PARTY I WANT TO SUE UNITED HEALTH CARE AS WELL BECAUSE THEY PLAY A BIG PART IN THIS THE FIRST TIME MY DISABILITY WAS DENIED SUPERVISOR MIA CLARK CALLED ME STATING THAT THIS WILL PUT MY STATUS AT RETURN TO WORK. I TOLD HER MY DOCTOR WROTE FOR ME TO BE OUT AND THEY CANNOT FORCE NO ONE TO COME BACK WITH MY MEDICAL CONDITIONS BEING THE WAY THAT IT IS BECAUSE THEY DENIED MY LEAVE WHICH SHOULD HAVE NEVER GOT DENIED IN THE FIRST PLACE WITH DOCTORS NOTES KEEPING ME OUT AND FURTHER REFFERALS TO SPECALIST INCLUDING PYSICAL THERAPY AND PSYCHIATRIST. THESE COMPANYS HAS NO SHAME OF WHAT PEOPLE GO THROUGH IN LIFE WITH THERE DISABILITIES AND THEY DON'T HONOR THERE SHORT TERM DISABILITY NOR THE DISABILITY ADA LAW. THIS THREATEN MY HOME AND LIVING ARRANGEMENTS WITH MY BABY, THIS THREATING MY TRANSPORTATION AND GAS GETTING HIM BACK IN FOURTH TO HIS DOCTORS APPOINTMENTS WHICH IS CRITICAL TO HIS HEALTH AND WITH HIM BEING A PREMIE BABY THAT CAME 3 MONTHS EARLY WITH UNDERLYING CONDITIONS. THIS THREATING ME MENTALLY, PHYSICALLY, AND EMOTIONALLY AS WELL. I ALSO WANT TO OPEN UP A CLASS ACTION LAWSUIT AGAINST THIS COMPANY FOR OTHERS WHO'S BEEN THROUGH THIS SAME THING. I'M ALSO TAKE APPROPRIATE ACTION TO SPEAK TO DISTRICT KATHY MANNING, AND THE CONGRESS IF I NEED TO GO FURTHER IN THIS I WILL ALSO BE SETTING UP IN INTERVIEW WITH ALL THE NEWS CHANNELS INCLUDING CNN.

## JUSTICE TO CURE

IN JUSTICE OF VIOLATING ME DURING MY DISABILITY LEAVE AND DISABILITY ADA ACT I'M SEEKING 4 MILLION USD DOLLARS FROM SEDGEWICK WHO NOT ONLY PLAYED APART OF MY MENTAL HEALTH WHILE I WAS DEPRESSED WITH MY PAIN AND ALSO HAVING TO SEE MY SON FIGHT FOR HIS LIFE IN ICU. THEY ALSO PLAYED APART OF ME BEING EVICTED FROM MY LIVING SITUATION DUE TO THEM NOT PAYING MY SHORT TERM DISABILITY OUT SO I CAN TAKE CARE OF MY RENT PUTIING ME IN SITUATIONS WHERE I HAD TO GO INTO SURVIVAL MODE THAT VIOLATES MY LEASE. THE FOLLOWING MONTH BECAUSE THEY PRO LONG ON PAYING ME AND I HAD NO OTHER AVENUS TO TURN TO AND THE ODDS WAS AGAINST ME FOR A DESPERATE MOTHER THAT DOSENT KNOW WHAT TO DO BUT TO SURVIVE FOR HER AND HER CHILD. THEY CHEATED ME OUT OF MY MONEY I WAS PAYING TO THEM AND DISHONOR THERE OBLIGATIONS TO FURTHER PAY OUT. I WENT INTO A DEEPER MENTAL DEPRESSION AND NOW HAVE TO SEEK A PHYSICIATRIC & THERAPIST IN REGARDS TO THIS. I WANT TO ALSO SEEK JUSTICE WITH UNITED HEALTH CARE BEING I CALLED THEM MULTIPLE OF TIMES IN REGARDS TO THERE 3RD PARTY ALSO HAVE RECORED CONVERSATIONS ON BOTH PARTIES AND NOTHING WAS EVER DONE I'M SEEK 4 MILLION USD DOLLARS FROM THEM AS WELL. BECAUSE THEY ALLOWED SEDGWICK TO HANDLE THERE DISABILITY CLAIMS AND THEN CALL ME AND THREATEN ME SAYING THAT MY JOB IS AT RISK BECAUSE OF THEM DENYING THE LEAVE THEY DID NOT TAKE THE APPROPIATE STEPS TO ASK ME TO SEND IN MEDICAL DOCUMENTAION TO THEM OR MEDICAL RECORDS OF MY HEALTH AND WELL BEING THEY VIOLATED DISABILITY AS WELL.

## COUNTER CLAIM

THE FOLLOWING DAMAGES HAVE BEEN ASSESSED AGAINST SEDGEWICK AND UNITED HEALTH CARE

FOR **PUNATIVE** DAMAGES  I AM DEMANDING **FOUR MILLION USD DOLLARS (4,000,000.00)** FROM **SEDGEWICK COMPANY HEAD QUATERS AND FOUR MILLION USD DOLLARS (4,000,000.00) FROM UNITED HEALTH CARE HEAD QUATERS.** FOR ACTIONS THEY HAVE TAKING AGAINST ME DURING MY DISABLILITY LEAVE, AND THE DISABILITY ACT LAW .