IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| LATONIA WILLIAMS, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | 1:22CV570 |
| SEDGWICK CLAIMS MANAGEMENT SERVICES, INC. AND UNITEDHEALTH GROUP INC., | ) |  |
| Defendants. | ) |  |

## JUDGMENT

For the reasons set forth in the Memorandum Opinion and Order filed contemporaneously with this Judgment,

**IT IS HEREBY ORDERED AND ADJUDGED** that Defendants' Motion to Dismiss, (ECF No. 9), is **GRANTED** and this action is hereby **DISMISSED**.

This, the 1st day of March 2023.

/s/ Loretta C. Biggs
United States District Judge